FILED
MAY 0 1 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# NUNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY CHAD HENSON,<br><br>**Defendant.** | Criminal No. 1:24-cr-24<br><br>Violations: 18 U.S.C. § 1957 |

## INFORMATION

The United States Attorney charges:

### INTRODUCTION

At all relevant times:

1. The defendant **TIMOTHY CHAD HENSON** is a resident of Monongalia County, West Virginia, within the Northern District of West Virginia.

2. Clearfiber, Inc. is a for-profit West Virginia corporation owned and operated by the defendant **TIMOTHY CHAD HENSON**. Clearfiber, Inc. is an internet service provider for business and residential customers that was established in 2017.

3. The Community Connect Program was a program operated by the United States Department of Agriculture (USDA) to provide financial assistance in the form of grants to eligible applicants that provide broadband services to rural communities.

4. Beginning in approximately October 2019, the defendant **TIMOTHY CHAD HENSON** applied for and was awarded a grant on behalf of Clearfiber Inc. from the USDA in the amount of $1,960,000.00 for the purpose of providing high speed internet services to rural customers in Monongalia and Marion Counties located in the Northern District of West Virginia.

5. The defendant **TIMOTHY CHAD HENSON** made false and misleading

statements on the application and submitted false invoices to the USDA electronically, causing the USDA, on September 28, 2020, to deposit the amount of $340,464.00 into an account held by Clearfiber, Inc. at Main Street Bank.

## COUNT ONE
(Money Laundering)

On or about September 28, 2020, within the Northern District of West Virginia, the defendant **TIMOTHY CHAD HENSON** did knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, an electronic wire transfer in the amount of $322,900.00 from an account held by Clearfiber Inc. at Main Street Bank, a financial institution as defined in Title 18, United States Code, Section 1965(c)(6), to an account held by Clearfiber Inc. at Clear Mountain Bank, a financial institution as defined in Title 18, United States Code, Section 1965(c)(6), knowing that the funds were derived from a specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Section 1957(a).

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

2. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1957, the defendant **TIMOTHY CHAD HENSON** shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The united States will also seek a forfeiture money judgement against the defendant in the amount of $322,900.00.

3. If any of the property described above, as a result of any act or omission of the defendant **TIMOTHY CHAD HENSON**:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

Digitally signed by SARAH WAGNER

WILLIAM IHLENFELD
United States Attorney

Sarah E. Wagner
Assistant United States Attorney