```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                                        **CRIMINAL NO. 1:24-CR-24**
                                                                       **(KLEEH)**

**TIMOTHY CHAD HENSON,**

      **Defendant.**

## ORDER GRANTING MOTION FOR PLEA HEARING [ECF NO. 4]

The Court is in receipt of the Government's motion for a plea hearing. For good cause shown, the motion is **GRANTED** [ECF No. 4]. Pursuant to 28 U.S.C. § 636, and for reasons appearing to the Court, the Court **REFERS** this action to the Honorable Michael J. Aloi, United States Magistrate Judge, who is hereby designated and authorized to consider the defendant's plea to the charge(s) contained in the Indictment. In considering these matters, the Magistrate Judge shall conduct a hearing and enter into the record a written report and recommendation memorializing the disposition of the Defendant's guilty plea.

It is further **ORDERED** that any delay resulting from the consideration of the proposed plea agreement shall be excluded for the purposes of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(G).

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record, Magistrate Judge Aloi, and all appropriate agencies.

DATED: May 2, 2024

*[Signature]*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA