**FILED**

MAY 29 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Waiver of Indictment

---

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                       Criminal No.: 1:24-CR-24

TIMOTHY CHAD HENSON,

    Defendant.

The above-named defendant, TIMOTHY CHAD HENSON, being charged with Money Laundering, in violation of Title 18, United States Code, Section 1957(a), and being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____,
*Defendant,*

_____,
*Counsel for Defendant,*

**Date**