IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

FILED

MAY 29 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHAD HENSON,<br><br>Defendant. | Criminal Action No.: 1:24-CR-24<br>(JUDGE KLEEH) |

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, Timothy Chad Henson, being charged with Money Laundering, in violation of Title 18, United States Code, Section 1957(a), in the Northern District of West Virginia, and being advised of the nature of the charge in the Information and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____     5-29-24
Timothy Chad Henson             Date

_____     5-29-24
Counsel for Defendant             Date

### Concurrence of the United States Attorney

The United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern Judicial District of West Virginia, by Sarah E. Wagner, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____ SEW
Assistant United States Attorney