

FILED
MAR 1 0 2025
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

U. S. DEPARTMENT OF JUSTICE

~~William Ihlenfeld~~ Randolph Bernard
Acting United States Attorney
Northern District of West Virginia

Derek W. Hotsinpiller Federal Building
320 West Pike Street
Suite 300
Clarksburg, WV 26301

Phone: (304) 623-7030
FAX: (304) 623-7031

July 29, 2024

**VIA EMAIL**

Frank Walker
3000 Lewis Run Road
Clairton, PA 15025

    Re:    United States v. Timothy Chad Henson
            Case No. 1:24R24

Dear Mr. Walker:

    This letter will serve as an addendum to the plea agreement that your client, Timothy Chad Henson, entered into on May 29, 2024. This addendum arises from information recently learned by the government that Kyle Enterprises, LLC dba Millennium has received reimbursement from its insurance company for losses caused by Mr. Henson's criminal conduct. In light of that information, Mr. Henson and the government agree as follows.

    1.    Pursuant to 18 U.S.C. § 3663A(a)(3), Mr. Henson agrees to pay restitution to BCS Insurance Company in the amount of $199,000.00 for payments made under Cyber and Privacy Liability Insurance Policy No. RPS-P-1048241M and agrees to pay restitution to Kyle Enterprises, LLC dba Millennium in the amount of $10,000.00.

    2.    The payments made to BCS Insurance Company should be sent to 2 Mid America Plaza, Suite 200, Oakbrook Terrace, IL 60181. Payments made to Kyle Enterprises LLC dba Millennium should be sent to 2121 Hobbs Drive, Delavan, WI 53115.

_____
Timothy Chad Henson

_____
Frank Walker
Counsel for Mr. Henson

12/19/2024
_____
Date

12-19-24
_____
Date

Frank Walker
July 29, 2024
Page 2

      3.     This addendum replaces paragraph 12(a) of the previously entered plea agreement (doc. 16). In other words, the whole restitution amount Mr. Henson previously agreed to pay, that is, $1,401,849.06, remains unchanged by this addendum. The addendum changes only the payee(s) of a portion of that amount, that is, the $209,000.00 in losses incurred by Kyle Enterprises, LLC dba Millennium.

      4.     The above three paragraphs constitute the entire addendum to the plea agreement between Mr. Henson and the government in this matter. There are no agreements, understandings or promises between the parties other than those contained in this agreement and the original plea agreement entered into on May 29, 2024.

Sincerely,

RANDOLPH J. BERNARD
~~WILLIAM IHLENFELD~~
Acting United States Attorney

By:   Eleanor Hurney
Assistant United States Attorney

As evidenced by my signature at the bottom of the two pages of this addendum, I have read and understand the provisions of each paragraph herein and, hereby, fully approve of each provision.

_____
Timothy Chad Henson

_____
Frank Walker
Counsel for Mr. Henson

12/19/2024
Date

12/19/24
Date